UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANNIE L. GUYTON,<br><br> Plaintiff,<br>v<br><br>SHERMETA, ADAMS & VON ALLMEN, PC, A Michigan Professional Corporation,<br><br> Defendant.<br>_____/ | Case No. 1:09-cv-1060<br><br>Hon. Robert Holmes Bell<br>United States District Judge<br><br>**STIPULATION FOR DISMISSAL** |
| Julie A. Miller (P37856)<br>UAW Legal Services Plans<br>Attorney for Plaintiff<br>4433 Byron Center Ave., SW<br>Wyoming, MI 49519<br>(616) 531-7722 | Sandra J. Densham (P69397)<br>Timothy F. Sheridan (P52870)<br>Plunkett Cooney<br>Attorneys for Defendant<br>333 Bridge Street NW Ste 530<br>Grand Rapids, MI 49504<br>(616) 752-4600 |

NOW COME the parties hereto by and through their respective counsel of record and hereby stipulate and agree that this matter may be dismissed with prejudice and without costs as to all parties.

Dated:                /s/ Timothy F. Sheridan
                  Sandra J. Densham (P69397)
                  Timothy F. Sheridan (P52870)
                  Plunkett Cooney
                  Attorneys for Defendant
                  333 Bridge Street NW Ste 530
                  Grand Rapids, MI 49504
                  (616) 752-4600

Dated:                /s/ Julie A. Miller
                  Julie A. Miller (P37856)
                  UAW Legal Services Plans
                  Attorney for Plaintiff
                  4433 Byron Center Ave., SW
                  Wyoming, MI 49519
                  (616) 531-7722

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANNIE L. GUYTON, | Case No. 1:09-cv-1060 |
| Plaintiff, | Hon. Robert Holmes Bell |
| v | United States District Judge |
| SHERMETA, ADAMS & VON ALLMEN, PC, A Michigan Professional Corporation, | **ORDER FOR DISMISSAL** |
| Defendant. / | |

Julie A. Miller (P37856)
UAW Legal Services Plans
Attorney for Plaintiff
4433 Byron Center Ave., SW
Wyoming, MI 49519
(616) 531-7722

Sandra J. Densham (P69397)
Timothy F. Sheridan (P52870)
Plunkett Cooney
Attorneys for Defendant
333 Bridge Street NW Ste 530
Grand Rapids, MI 49504
(616) 752-4600

The parties having executed and filed a Stipulation of Dismissal in this matter and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to all parties.

This resolves the last pending issue, and this case may be administratively closed.

Hon. Robert Holmes Bell
United States District Court Judge

Branches.20574.10052.1914048-1